## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY RUSH,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMIE K. SORBER,** *et al.*, | : | |
| *Defendant.* | : | **NO. 22-cv-3796** |

## ORDER

**AND NOW**, this 9th day of April 2024, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 2), the Amended Petition and Memorandum of Law in Support thereof, (ECF Nos. 5, 7) the Response to the Petition (ECF No. 14), the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 15), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is hereby **ORDERED** that

1.      The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2.      The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3.      No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

1